**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01790-RPM

IVONNA EDKINS,

       Plaintiff,

v.

JONES INTERNATIONAL UNIVERSITY, LTD.,

       Defendant.

_____

**ORDER REGARDING UNOPPOSED MOTION FOR TWO-WEEK EXTENSION TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT JONES UNIVERSITY LTD.'S REQUEST FOR PRODUCTION TO PLAINTIFF**
_____

       Upon review of the Plaintiff's Unopposed Motion for Two –Week Extension to File Plaintiff's Response to Defendant Jones University Ltd.'s Request for Production to Plaintiff [12] filed November 30, 2011, it is

       ORDERED that the Motion is granted.  Plaintiff's Response to Defendant Jones University Ltd's Request for Production to Plaintiff shall be served no later than December 16, 2011.

       DATED:  December 1, 2011.

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge