IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01790-RPM

IVONNA EDKINS,

    Plaintiff,

v.

JONES INTERNATIONAL UNIVERSITY, Ltd.,

    Defendant.

---

ORDER FOR DISMISSAL OF § 1981 CLAIMS

---

    Pursuant to the Stipulation for Dismissal of Plaintiff's § 1981 Claims [21] filed April 16, 2012, it is

    ORDERED that the § 1981 claims for relief as set forth in the Complaint and Jury Demand are dismissed with prejudice, each party to pay their own attorneys fees and costs.

    Dated:    April 17th, 2012

                                                                                                                BY THE COURT:

                                                                                                               s/Richard P. Matsch
                                                                                                               _____
                                                                                                               Richard P. Matsch, Senior District Judge