IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01790-RPM

IVONNA EDKINS,

      Plaintiff,

v.

JONES INTERNATIONAL UNIVERSITY, Ltd.,

      Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

      Upon review of the Stipulated Motion to Amend the Parties' Scheduling Order [26] filed April 26, 2012, it is

      ORDERED that the motion is granted.  The discovery period is extended to and including June 4, 2012, and the dispositive motion deadline is extended to and including July 3, 2012.

      Dated:   April 27th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior District Judge