**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: May 21, 2012
Courtroom Deputy: J. Chris Smith
FTR Technician: Bernique Abiakam

_____

Civil Action No. 11-cv-01790-RPM

| | |
|---|---|
| IVONNA EDKINS, | Diane S. King |
| | Monica C. Guardiola |
| Plaintiff, | |
| v. | |
| JONES INTERNATIONAL UNIVERSITY, LTD., | Danielle D. Urban |
| | Todd A. Fredrickson |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing On Plaintiff's Motion to Compel**

**2:55 p.m.      Court in session.**

Plaintiff present.

Court's preliminary remarks.

Ms. Urban answers questions asked by the Court (previous "complaints"/produced materials).
Ms. Urban states all documents have been produced as requested.

Argument by Ms. King.

**ORDERED:   Plaintiff's Motion to Compel Discovery from Defendant Jones International University, LTD [19], is denied.**

**3:10 p.m.      Court in recess.**

Hearing concluded. Total time: 15 min.