IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01790-RPM

IVONNA EDKINS,

      Plaintiff,

v.

JONES INTERNATIONAL UNIVERSITY, LTD.,

      Defendant.

_____

**ORDER AMENDING SCHEDULING ORDER**
_____

      Upon review of the Stipulated Second Motion to Amend Scheduling Order [30], filed May 31, 2012, it is

      ORDERED that the motion is granted.  The discovery period is extended to and including June 7, 2012.

      DATED:  June 1st, 2012

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge