## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01790-RPM-KMT

IVONNA EDKINS,

      Plaintiff,

v.

JONES INTERNATIONAL UNIVERSITY, LTD.,

      Defendant.
_____

## ORDER AMENDING SCHEDULING ORDER

      Upon review of the Third Stipulated Motion to Amend Scheduling Order [32], filed June 21, 2012, it is

      ORDERED that the motion is granted.  The discovery period is extended to and including June 26, 2012.

      DATED:  June 22nd, 2012

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge