# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                October 11, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-01790-RPM

IVONNA EDKINS,                                      Diane S. King

    Plaintiff,

v.

JONES INTERNATIONAL UNIVERSITY, LTD.,               Todd A. Fredrickson
                                                    Danielle D. Urban
    Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**2:55 p.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the undisputed facts of this case.

Argument by Mr. Fredrickson.
Argument by Ms. King.
Rebuttal argument by Mr. Fredrickson.

**ORDERED:**  **Counsel have ten days to submit additional citations (October 21, 2012). Defendant's Motion for Summary Judgment [34], is taken under advisement.**

**4:00 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 1 hr. 5 min.