IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01790-RPM

IVONNA EDKINS,

      Plaintiff,

v.

JONES INTERNATIONAL UNIVERSITY, Ltd.,

      Defendant.

## ORDER FOR DISMISSAL

      Pursuant to the Stipulation for Dismissal with Prejudice [67] filed today, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

      Dated:  May 6th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge